FILED

2021 FEB 23 PM 4:01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 6:21-cr-36-Orl-40GJK

18 U.S.C. § 641

IDALGO WILLIAMS

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on or about November 1, 2018, and continuing to on or about May 23, 2019, in Volusia County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**IDALGO WILLIAMS**

did knowingly and willingly embezzle, steal, purloin and convert to his own use and the use of another, more than $1,000 of money and a thing of value of the United States and the United States Department of Justice, a department and agency of the United States, that is, $2,600 in funds from the Bureau of Alcohol, Tobacco, Firearms, and Explosives, with the intent to deprive the United States and the United States Department of Justice of the use and benefit of the money and thing of value.

All in violation of 18 U.S.C. § 641.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Shawn P. Napier
Assistant United States Attorney

By: _____
Roger B. Handberg, III
Assistant United States Attorney
Chief, Orlando Division